IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIANNA COBB, Individually, and as Mother and Next Friend of N. C., a Minor, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 1:12-cv-06850 |
| UNITED STATES OF AMERICA, | ) ) | Judge Durkin |
| Defendant. | ) ) | |

**PLAINTIFF'S AGREED MOTION TO APPROVE SETTLEMENT**

NOW COMES Plaintiff, by and through counsel, Pavalon & Gifford, and for her Agreed Motion to Approve Settlement with the United States of America on Behalf of a Minor, states the following:

1) Plaintiff is requesting, and opposing counsel has no objection, to this Honorable Court granting the order approving the settlement with the United States of America on Behalf of a Minor.

Respectfully submitted,

/s/ Geoffrey L. Gifford
*One of Plaintiff's Attorneys*

Geoffrey L. Gifford
Pavalon & Gifford
321 North Clark Street, Suite 900
Chicago, IL 60654
(312) 419-7400
gifford@pavgiflaw.com